UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MICHIGAN

BRANDI ODOM

    Plaintiff,

v.                                                     Civil Action No: 2011-11176

WARREN CONSOLIDATED SCHOOLS,      Hon. Marianne O. Battani
A Municipal corporation, DR. JAMES CLOR,
ROCKERICK REESE, PATRICIA PRILL,
JACQUELINE RYBINSKI and CHRISTOPHER
THOMSON,

    Defendants.
_____/

| | |
|---|---|
| JOHN F. HARRINGTON (P40443) | **DANIEL J. KELLY** (P41315) |
| LAW OFFICES OF JOHN F. HARRINGTON | GIARMARCO, MULLINS & HORTON, P.C. |
| Attorney for Plaintiff | Attorney for Defendant, Warren Con, Clor |
| 30500 Van Dyke Avenue, Suite 200 |    Rybinski, Prill and Thomson |
| Warren, MI 48093 | 101 W. Big Beaver Road, 10th Floor |
| (586) 751-3610 | Troy, MI 48084 |
| attysharrington@comcast.net | (248) 457-7000 |
| | dkelly@gmhlaw.com |

KENNETH H. KARAM (P33245)
PERALTA, JOHNSTON & KARAM
Attorneys for Defendant, Reese
31760 Harper Avenue
St. Clair Shores, MI 48082
(586) 294-8800
karamlaw@sbcglobal.net
_____/

## STIPULATED PROTECTIVE ORDER

    At a session of said Court held in the courthouse located in the City of Detroit, Wayne County, State of Michigan on September 28, 2011

  PRESENT: THE HONORABLE  MARIANNE O. BATTANI
                                    District Court Judge

1

This matter having come before the Court upon the stipulation of the parties, as evidenced by their signatures below, and it appearing that the information produced by the Defendant School District should not be divulged to any third party outside of this litigation; and the Court being otherwise fully advised in the premises,

**NOW, THEREFORE, IT IS HEREBY ORDERED** that based upon the above, the Plaintiff and her attorneys shall not divulge any information or documents of the Warren Consolidated School District, for strict and absolute purposes of this litigation.

**IT IS FURTHER ORDERED** that Plaintiff and Plaintiff's counsel shall destroy any information pertaining to any student of the Warren Consolidated School District and/or personnel files, or in the alternative, return such information to Defendants' counsel, following the conclusion of this litigation.

s/Marianne O. Battani
District Court Judge

**I HEREBY STIPULATE TO ENTRY OF THE ABOVE ORDER**:

/s/ John F. Harrington
JOHN F. HARRINGTON (P40443)
Attorney for Plaintiff

/s/ Daniel J. Kelly
DANIEL J. KELLY (P41315)
Attorney for Defendants, Warren Con, Clor, Rybinski, Prill and Thomson

/s/ Kenneth H. Karam
KENNETH H. KARAM (P33245)
Attorney for Defendant, Reese